CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 MAR -9 AM 10: 47

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GARY DEBENEDETTO,          )
                           )
          Plaintiff,       )
                           )
v.                         )          CIVIL ACTION NO.
                           )          5:10-CV-00086-C
DEPUTY *NFN* GARCIA,       )
                           )          ECF
          Defendants.      )

## ORDER

Plaintiff Gary Debenedetto, proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Defendant Deputy Garcia and complained about events that allegedly occurred when he was incarcerated in the Lubbock County Jail on or about February 23, 2010.

By Order dated June 23, 2010, the complaint was transferred to the docket of the United States Magistrate Judge, who was instructed to conduct a hearing pursuant to *Spears v. McCotter*, 766 F.2d 179, 181-82 (5th Cir. 1985), and, if the plaintiff did not consent to proceed before the United States Magistrate Judge, transfer the complaint back to the docket of this Court and file proposed findings of fact, conclusions of law, and recommendations for the disposition of the case pursuant to 28 U.S.C. § 636(b)(1).

On December 22, 2010, the United States Magistrate Judge filed a Report and Recommendation which found that as of that date, Plaintiff had failed to inform the court of his change of address. The Magistrate Judge subsequently recommended that Plaintiff's complaint be dismissed without prejudice for want of prosecution and the complaint was transferred back to this Court's docket.

As of this date, Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation. Furthermore, Plaintiff's copy of the Report and Recommendation was returned to the Clerk in an envelope on January 5, 2011, marked "Return to Sender. Undeliverable as Addressed." Accordingly, this Court **accepts and adopts** the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is, therefore, ORDERED that Plaintiff's complaint and all claims alleged therein are dismissed without prejudice for want of prosecution.

Judgment shall be entered accordingly.

Any pending motions are denied.

Dated March _9_, 2011.

SAM R. CUMMINGS
United States District Judge